## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Muneef Elateek

                     Plaintiff,

v.                                         Case No.: 1:22−cv−01115

                                                     Honorable Charles P. Kocoras

AutoZoners, LLC, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 28, 2023:

       MINUTE entry before the Honorable Charles P. Kocoras: Telephonic status hearing held. Parties reported to the court that they have resolved this matter. In light of the Stipulation of Dismissal filed on 2/28/2023 [29], this case is dismissed with prejudice. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.